IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

KEESYA D. ROSS,

    Plaintiff,

v.

UNITED SERVICES
AUTOMOBILE ASSOCIATION,

    Defendant.

Case No. 3:17-cv-234

JUDGE WALTER H. RICE

---

DECISION AND ENTRY ADOPTING UNITED STATES MAGISTRATE JUDGE'S REPORT AND RECOMMENDATIONS (DOC. #13); SUSTAINING DEFENDANT'S MOTION TO DISMISS (DOC. #9); OVERRULING *PRO SE* PLAINTIFF'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT (DOC. #12); DISMISSING COMPLAINT WITHOUT PREJUDICE; JUDGMENT TO ENTER IN FAVOR OF DEFENDANT AND AGAINST PLAINTIFF; TERMINATION ENTRY

---

Based on the reasoning and citations of authority set forth by United States Magistrate Judge Michael J. Newman, in his Report and Recommendations, Doc. #13, as well as upon a thorough *de novo* review of this Court's file and the applicable law, the Court ADOPTS said judicial filing in its entirety. Although the parties were notified of their right to file Objections to the Report and Recommendations, and of the consequences of failing to do so, no Objections have been filed within the time allotted.

Defendant United Services Automobile Association's Motion to Dismiss for Lack of Jurisdiction, Doc. #9, is SUSTAINED, and Plaintiff's Complaint, Doc. #3, is

DISMISSED WITHOUT PREJUDICE to refiling in a court of competent jurisdiction. Plaintiff's Motion for Leave to File an Amended Complaint, Doc. #12, is OVERRULED.

Judgment shall be entered in favor of Defendant and against Plaintiff.

The captioned case is hereby ordered terminated upon the docket records of the United States District Court for the Southern District of Ohio, Western Division, at Dayton.

Date: December 29, 2017

WALTER H. RICE
UNITED STATES DISTRICT JUDGE