# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| Keesya D. Ross | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3-17-CV-234 |
| United Services Automobile Association | ) |
| *Defendant* | ) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   Judgment in favor of Defendant and against Plaintiff

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Walter H. Rice   on a motion for
Report and Recommendations

Date:  12/29/17

CLERK OF COURT

*Kaylin Atkinson*
Signature of Clerk or Deputy Clerk